In the Matter of the Claim of PAULINE FRIEDBERG, Respondent, against BASHWITZ BROS. & Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM NOLAN, Respondent, against PHILIP SCHUYLER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

ARTHUR WELLS, Respondent, v. JESSE BOULERICE, SR., and Another, Appellants.— Motion granted, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

REBECCA BERKMAN and Another, as Administrators, etc., of ISAAC BERKMAN, Deceased, Respondents, v. ORANGE COUNTY TRUST COMPANY, as Administrator, etc., of JACOB GOLDSTEIN, Deceased, Respondent, and DAVID BERKMAN, Appellant.— Motion granted, with ten dollars costs, unless the appellant, David Berkman, shall print and serve the record and briefs on or before April 25, 1929, and pay said costs, in which event motion is denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

JOHN CLEARY, Respondent, v. F. A. FEYL, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

PRACTICAL GARAGE, INC., and FARMERS TITLE GUARANTY AND MORTGAGE COMPANY, Respondents, v. AMERICAN CO-OPERATIVE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant. PRACTICAL GARAGE, INC., and FARMERS TITLE GUARANTY AND MORTGAGE COMPANY, Respondents, v. FIFTH CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant. PRACTICAL GARAGE, INC., and FARMERS TITLE GUARANTY AND MORTGAGE COMPANY, Respondents, v. CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant. PRACTICAL GARAGE, INC., and FARMERS TITLE GUARANTY AND MORTGAGE COMPANY, Respondents, v. THE THIRD CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant. PRACTICAL GARAGE, INC., and FARMERS TITLE GUARANTY AND MORTGAGE COMPANY, Respondents, v. MOUNTAIN CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

EVEREST BREEN, an Infant, by MARY BREEN, His Guardian ad Litem, Appellant, v. UNITED TRACTION COMPANY, Respondent. FRANK BREEN, Appellant, v. UNITED TRACTION COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

TUNIS R. THOMAS, Respondent, v. THE SARATOGA ASSOCIATION FOR THE IMPROVEMENT OF THE BREED OF HORSES, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ELIZABETH McCARTHY and Others, Appellants, v. JOSEPH SYLVESTER and Others, Respondents.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

NEW YORK STATE NATIONAL BANK, ALBANY, Respondent, v. HIDES-FRANKLIN MINERAL SPRINGS, INC., and Others, Impleaded with MICHAEL C. FITZGERALD,